UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO: 3:12-cv-0532 |
| ) | JUDGE CAMPBELL |
| FRIENDSHIP HOME HEALTH, INC.; ) | |
| FRIENDSHIP HOME HEALTH AGENCY, LLC; ) | |
| FRIENDSHIP HOME HEALTHCARE, INC. a/k/a ) | |
| FRIENDSHIP HEALTHCARE SYSTEMS, INC.; and ) | |
| FRIENDSHIP PRIVATE DUTY, INC. a/k/a ) | |
| ANGEL PRIVATE DUTY AND HOME HEALTH, INC.; ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on the United States' and defendants' joint motion to extend the previously entered Amended Temporary Restraining Order (Docket No. 24) by a period of sixty (60) days, cancel the hearing scheduled for July 18, 2012, and to amend the weekly accounting requirement in Paragraph 3 of that Order to require the Friendship Entities to provide the contemplated accounting every fourteen (14) days. It is hereby ORDERED that the parties' motion is GRANTED and the Court hereby ORDERS as follows:

1. The Amended Temporary Restraining Order (Docket No. 24) is extended for a period of sixty (60) days running from July 18, 2012;

2. The hearing scheduled for July 18, 2012, is cancelled;

3. Paragraph 3 of the Amended Temporary Restraining Order is amended to require the Friendship Entities to provide the contemplated accounting every fourteen (14) days; and

4. This matter shall be scheduled to come before the Court for a preliminary injunction hearing on the final day of the 60-day period running from July 18, 2012, or closest such date thereafter conducive with the Court's schedule. In the event the earliest such hearing date is beyond the 60th day, the Amended Temporary Restraining Order shall remain in full effect through the date of the hearing. The preliminary injunction hearing is scheduled for ___September 10___, 2012 at ___8:00 a.m___.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE